1. MALINKA MOYE
   40. 42. PARSONS STREET
2. SAN FRANCSICO CALIFORNIA 94118
   1415-608-1518
3. IN PER PRO.

4.
5.
6.                    UNITED STATES DISTRICT COURT
7.                    NORTHERN DISTRICT OF CALIFRONIA

E-filing

WHA

11. MALINKA MOYE.
                    Plaintiff,           )  CV 08   CASE NO. 2125
12.                                       )
                                          )
13.    vs.                                )         COMPLAINT
                                          )
14.                                       )
                                          )
15. LINDA BREWER STOCKDALE.               )
                    Defendant,            )
16.                                       )

17.                                          DATE:
                                             TIME:
18.                                          COURTROOM:

19.
20.        Plaintiff MALINKA MOYE alleges:
21.        1. Plaintiff is & was at all times mentioned herein a citizen of the State of California
22.        2. JURISDICTIONAL ALLEGATION, RICO ACT. PERJURY. FRAUD. UNIFORM
23. FRADULENT TRANSFER ACT OF 1996. UNIFORM FRADULENT CONVEYANCE ACT.  BANK FRAUD.
24.
25. LINDA BREWER STOCKDALE isn't a corporation.  Incorporated under the laws of the State of California having its
26. principal place of business in the State of California.
27.                                                                                      1.
28

1.                           UNITED STATES DISTRICT COURT

2.                           NORTHERN DISTRICT OF CALIFORNIA

3.

4.

5.     The jurisdiction of this Court over the subject matter of this action is predicated on 28 USC 1332. The amount in

6. controversy exceeds $75,000.00, exclusive of interest & costs.

7.              3. All Defendants reside in this district.

8.              4. BANK FRAUD.. RICO ACT. PERJURY. FRAUD. UNIFORM FRAUDULENT TRANSFER

9. ACT. UNIFORM FRADULENT CONVEYANCE ACT. All defendants reside in this district.

10.             5. WHEREFORE, Plaintiff prays for judgdement against defendant. LINDA BRWER STOCKDALE
n
11. STTAE BAR #75090. as follows: DAMAGES IN THE AMOUNT OF $2,000,000.00

12.

13.

14.

15.

16.                          MEMORANDUM OF POINTS AND AUTHORITIES

17.                                         RICO ACT

18.                                        PERJURY ACT

19.                          UNIFORM FRAUDULENT TRANSFER ACT of 1996

20.                          UNIFORM FRADULENT CONVEYANCE ACT.

21.

22.

23.                                        DECLARATION

24.

25.     I Malinka Moye plaintiff in the above entitled action. Declare that the foregoing is true and correct to the best of my

26. knowledge under penalty of perjury under the laws of the State of California

27.

28. DATED: April 23, 2008                                     _____
                                                                MALINKA MOYE