1. MALINKA MOYE
   40. 42 PARSONS STREET
2. SAN FRANCISOC CALIFORNIA 94118
   1415-608-1518
3. IN PER PRO.

4.

**E-filing**

5.

6.                              UNITED STATES DISTRICT COURT

7.                              NORTHERN DISTRICT OF CALIFORNIA

8.

9.                                   CV 08    2125

10.

11. MALINKA MOYE.                           )    CASE NO.
            Plaintiff,                       )    NOTICE OF MOTION AND
12.                                          )    ADMINISTRATIVE MOTION
                                             )    TO CONSIDER WHETHER
13.     vs.                                  )    CASES SHOULD BE RELATED
                                             )    PURSUANT TO CIVIL L.R.
14. LINDA BREWER STOCKDALE.                  )    7-11. JUDGEMENT. ATTORNEY
            Defendant,                       )    GENERAL TO FILE CHARGES
15._____)         MEMORANDUM OF POINTS
                                                  & AUTHORITIES. DECLARATION
17.                                               DATE:
                                                  TIME:
18.                                               COURTROOM:

19.     TO DEFEDANT & ITS ATTORNEY OF RECORD: LINDA BREWER STOCKDALE

20.     NOTICE IS HEREBY GIVEN that on _____, at 9:00AM, or as soon as therafter as counsel may be

21. heard by the above entitled court, located at 450 Golden Gate in the court room of Judge _____, Plaintiff will &

22. hereby does move court for judgement. Attorney general to file criminal charges against defendant.

23.

24.

25.

26.

27.

28.                                                                 1

1.                               UNITED STATES DISTRICT COURT

2.                               NORTHERN DISTRICT OF CALIFORNIA

3.

4.

5.         This motion is brought on the following grounds. Defendant. Committed. Fraud. Aided by

6. OFFICE OFN THE DISTRICT ATTORNEY OF KAMALA HARRIS. Defendant is a licensed attorney who

7. filed a fasle lawsuit to mislead courts. Transferred property from a trust, illegally. With no formal probate

8. proceeding. Defendant defrauded TIMOTHY AND LOISED HURDLE TRUST. Presented false evidence.

9. Led courts to believe that HURDLE'S WERE ON VACATION. When in fact they were prevented

10. from appearing in court by VINCE EDWARD COLINS. DERRICK COLLINS. LINDA BREWER

11. STOCKDALE. Defendant came to court. Wrote in her complaint that entire lawsuit was a sham.

12. Hurdle's were never properly served with action. Defendant the falsified QUIET TITLE ACTION

13. IN THE AMOUNT OF  $17,000.00  Defendant has recently committed bank fraud. IN the amount of

14. $248,000.00. RICO ACT. FRAUD. UNIFORM FRADULENT TRANSFER ACT. UNIFORM

15. FRAUDULENT CONVEYANCE ACT.

16.

17.                      MEMORANDUM OF POINTS AND AUTHORITIES

18.                          UNIFORM FRAUDULENT TRANSFER ACT.

19.                                          RICO ACT.

20.                                          PERJURY

21.                          UNIFORM FRAUDULEN CONVEYANCE ACT.

22.                                         BANK FRAUD.

23.

24.

25.

26.

27.

28.

1.  UNITED STATES DISTRICT COURT

2.  NORTHERN DISTRICT OF CALIFORNIA

3.

4.

5.

6.

7.

8.  I MALINKA MOYE plaintiff in the above entitled action. Declare that the foregoing is true and

9. correct to the best of my knowledge under penalty of perjury under the laws of the State of California.

10.

11.

12.

13.

14.

15. DATED: April 24, 2008

MALINKA MOYE.

16.

17.

18.

19.

20.

21.

22.

23.

24.

25.

26.

27.