E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Malinka Wofel, Plaintiff,

CASE NO. CV 08 2125

vs.

Linda Bruno Stokdch, Bar# 75050, Defendant.

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, Malinka Wofel, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?    Yes X    No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: League-Minimum    Net: 750,000.00

Employer: Free Agent Athlete, Political Fundraiser, Lobbyist

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.
2  ∅. *Fin Deyful Cgc-04-433676*
3  _____
4  _____

5  2.   Have you received, within the past twelve (12) months, any money from any of the
6  following sources:
7        a.    Business, Profession or                    Yes ___ No  X
8              self employment?
9        b.    Income from stocks, bonds,                 Yes ___ No  X
10             or royalties?
11       c.    Rent payments?                             Yes ___ No  X
12       d.    Pensions, annuities, or                    Yes ___ No  X
13             life insurance payments?
14       e.    Federal or State welfare payments,         Yes X  No ___
15             Social Security or other govern-
16             ment source?
17  If the answer is "yes" to any of the above, describe each source of money and state the amount
18  received from each.  *SSI SSA*
19  _____
20  _____

21  3.   Are you married?                                 Yes ___ No  X
22  Spouse's Full Name: _____
23  Spouse's Place of Employment: _____
24  Spouse's Monthly Salary, Wages or Income:
25  Gross $_____ Net $_____
26  4.   a.    List amount you contribute to your spouse's support:$ _____
27       b.    List the persons other than your spouse who are dependent upon you for support
28             and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

1  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)
2  _____ Christopher Peter Wolfe _____
3  _____
4  5.   Do you own or are you buying a home?    Yes ___  No _X_
5  Estimated Market Value: $_____  Amount of Mortgage: $_____
6  6.   Do you own an automobile?                Yes ___  No _X_
7  Make __Chev__  Year __1984__  Model __Vette__
8  Is it financed? Yes ___  No _X_  If so, Total due: $ _____
9  Monthly Payment: $ __0__
10 7.   Do you have a bank account?  Yes _X_  No ___ (Do not include account numbers.)
11 Name(s) and address(es) of bank: Account # 3222 71627 4924
12 811634 Washington Mutual
13 Present balance(s): $ __0 Overdrawn 441.00__
14 Do you own any cash? Yes ___ No _X_ Amount: $ _____
15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16 market value.)                               Yes ___  No _X_
17 _____
18 8.   What are your monthly expenses?
19 Rent: $ __0__  Utilities: __0__
20 Food: $ __0__  Clothing: __0__
21 Charge Accounts:
22 Name of Account          Monthly Payment          Total Owed on This Account
23 _____  $ _____  $ _____
24 __N/A__          $ _____  $ _____
25 _____  $ _____  $ _____
26 9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
27 they are payable. Do not include account numbers.)
28 U.S. Dept of E.D

- 3 -

U.S. Dept of Ed. Region X

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed. ᴄᴀᴄ-06-460502.  447164

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

4/24/08                          M. Moyd

DATE                            SIGNATURE OF APPLICANT