**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALINKA MOYE,

    Plaintiff,

  v.

LINDA BREWER STOCKDALE,

    Defendant.
                         /

No. C 08-02125 WHA

**ORDER OF DISMISSAL**

    Plaintff Malinka Moye filed this action on April 21, 2008, along with five other actions in this district: (1) *Moye v. Thurmond*, C-08-2054 JL; (2) *Moye v. Chew*, C-08-2055 MEJ; (3) *Moye v. Jiraittewanna,* C-08-2056 PJH; (4) *Moye v. Collins*, C-08-2051 PJH; and (5) *Moye v. Myraid Ventures, Inc., dba Bay Car Stereo*, C-08-2057 VRW. Several of these actions have already been dismissed. Moye's complaint is void of any lucid sentence and is entirely incomprehensible. Accordingly, plaintiff's "action" is **DISMISSED** with twenty days leave to amend. If plaintiff wishes to proceed with this action, plaintiff must file a complaint that clearly identifies the parties and the claims that plaintiff is making and the facts that support the claims.

    **IT IS SO ORDERED.**

Dated: May 5, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MALINKA MOYE,

        Plaintiff,

  v.

LINDA BREWER STOCKDALE,

        Defendant.
                                        /

Case Number: CV08-02125 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 5, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Malinka Moye
40. 42. Parson Street
San Francisco, CA 94118

Dated: May 5, 2008

                                      Richard W. Wieking, Clerk
                                      By: Dawn Toland, Deputy Clerk