IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALINKA MOYE,

    Plaintiff,

  v.

LINDA BREWER STOCKDALE,

    Defendant.

No. C 08-02125 WHA

**ORDER OF DISMISSAL**

Plaintff Malinka Moye filed this action on April 21, 2008, along with five other actions in this district: (1) *Moye v. Thurmond*, C-08-2054 JL; (2) *Moye v. Chew*, C-08-2055 MEJ; (3) *Moye v. Jiraittewanna,* C-08-2056 PJH; (4) *Moye v. Collins*, C-08-2051 PJH; and (5) *Moye v. Myraid Ventures, Inc., dba Bay Car Stereo*, C-08-2057 VRW. Several of these actions have already been dismissed. Moye's complaint is void of any lucid sentence and is entirely incomprehensible. Accordingly, plaintiff's "action" is **DISMISSED** with twenty days leave to amend. If plaintiff wishes to proceed with this action, plaintiff must file a complaint that clearly identifies the parties and the claims that plaintiff is making and the facts that support the claims.

**IT IS SO ORDERED.**

Dated: May 5, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE