OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Malinka Moye
40. 42. Parson Street
San Francisco, CA 94118



SAN FRANCISCO CA
05 MAY 2008

NIXIE        941   DE  1         00  05/07/08
         RETURN TO SENDER
         NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD
BC: 94102948999         *1340-05018-05-41